IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROOSEVELT AHSIM LANDS,

    Plaintiff,

vs.

J. WOODFORD, et al.,

    Defendants.

No. CIV S-05-1287 DFL DAD P

1: 05 - CV 0 0 8 5 5 AWI SMS PC

ORDER

    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis. In his complaint, plaintiff alleges that his civil rights were violated by the director of the California Department of Corrections, the warden of Avenal State Prison, and five other individuals employed at Avenal State Prison. The alleged violations took place in Kings County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(b).

    Pursuant to Local Rule 3-120(d), a civil action which has not been commenced in the proper division of the United States District Court for the Eastern District of California may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court for all further proceedings.

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This action is transferred to the United States District Court for the Eastern

3  District of California sitting in Fresno; and

4  2. All future filings shall reference the new Fresno case number to be assigned to

5  the case and shall be filed at:

6  United States District Court
   Eastern District of California
7  1130 "O" Street
   Fresno, CA 93721

9  DATED: June 30, 2005.

   _____
   DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

13  DAD:13:bb
    land1287.22

2